UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILBERT HATCHER, )<br>)<br>Petitioner, )<br>v. )<br>)<br>J.D. DONAHUE, Commissioner, )<br>INDIANA PAROLE BOARD, )<br>)<br>Respondents. ) | No. 1:06-cv-712-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 06/29/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Wilbert Hatcher
DOC #850574
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168